**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **DAVID SHEELY**, <br><br> Plaintiffs, <br> **vs.** <br><br> **CHASE BANK USA, N.A., AND TRANS UNION LLC**, <br><br> Defendants. | **Case No.** <br><br> **1:16-cv-00721-RGA** |

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF
AND CHASE BANK USA, N.A.**

Plaintiff David Sheely, by counsel, and Defendant Chase Bank USA, N.A. ("Chase"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause of action against Chase should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

| **GARIBIAN LAW OFFICES, P.C.** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
|---|---|
| */s/ Antranig N. Garibian* <br> Antranig N. Garibian (#4962) <br> 1010 N. Bancroft Parkway, Suite 22 <br> Wilmington, DE 19805 <br> Telephone: (302) 722-6885 <br> E-Mail: ag@garibianlaw.com <br> *Counsel for David Sheely* | */s/ Armand J. Della Porta, Jr.* <br> Armand J. Della Porta, Jr. <br> 1007 N. Orange Street <br> Suite 600, P.O. Box 8888 <br> Wilmington, DE 19899 <br> Direct Dial: (302) 552-4323 <br> Facsimile: (302) 651-7905 <br> Attorney for Defendant, <br> Chase Bank USA, N.A |

Date:  December 22, 2016